

FILED

11:06 am, 4/6/20

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| In re: | Case No.   20-20010 |
|---|---|
| DENNIS MEYER DANZIK | Chapter   11 |
| Debtor | **ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM STAY** |

Upon review of the record, the Court finds, and it is

ORDERED that the Order Granting Motion for Relief from Stay (ECF No. 56) entered on April 2, 2020, is vacated.

BY THE COURT

*Cathleen D. Parker*   4/6/2020

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming